United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENDA F. WILLIAMS,<br><br>    Plaintiff,<br><br>  v.<br><br>STEVEN A. BRICK,<br><br>    Defendant.<br>_____/ | No. C 05-04053 SI<br><br>**ORDER DISMISSING COMPLAINT WITHOUT LEAVE TO AMEND, DISMISSING ACTION AND DENYING APPLICATION FOR IN FORMA PAUPERIS STATUS AS MOOT** |

    On October 7, 2005, plaintiff filed a complaint against Judge Steven A. Brick of the Superior Court of the County of Alameda. Plaintiff alleges that Judge Brick has ruled against her in a state court case for discriminatory reasons. Plaintiff seeks "a jury trial, a temporary injunction to prevent the defendant from presiding over any cases before the law and motion department," compensatory damages, and punitive damages. Plaintiff also seeks to have disciplinary proceedings instituted against Judge Brick, and to have him removed from the bench.

    Plaintiff also filed an application to proceed *in forma pauperis*. The Court has reviewed the complaint and concludes that it should be dismissed pursuant to 28 U.S.C. § 1915(e)(2). Judge Brick enjoys absolute judicial immunity from plaintiff's suit for damages because plaintiff is challenging actions undertaken in connection with Judge Brick's judicial duties. *See Crooks v. Maynard*, 913 F.2d 699, 700 (9th Cir. 1990). With respect to injunctive relief, plaintiff's complaint is barred by the *Rooker-Feldman* doctrine, as plaintiff "asserts as a legal wrong an allegedly erroneous decision by a state court, and seeks relief from a state court judgment based on that decision . . . ." *Manufactured Home Communities, Inc. v. City of San Jose*, 420 F.3d 1022, 1029 (9th Cir. 2005).

1  Accordingly, the Court DISMISSES the complaint without leave to amend and denies the application
2  to proceed *in forma pauperis* as moot. *See Cato v. United States*, 70 F.3d 1103, 1106 (9th Cir. 1995) ("A
3  pro se litigant must be given leave to amend his or her complaint, and some notice of its deficiencies, unless it
4  is absolutely clear that the deficiencies of the complaint could not be cured by amendment."). The Court
5  DISMISSES the action and directs the clerk to close the file.

7  **IT IS SO ORDERED.**

9  Dated:   November 7, 2005

11  SUSAN ILLSTON
    United States District Judge

United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENDA F. WILLIAMS,<br><br>    Plaintiff,<br><br>  v.<br><br>STEVEN A. BRICK,<br><br>    Defendant.<br>_____/ | No. C 05-04053 SI<br><br>**ORDER DISMISSING COMPLAINT WITHOUT LEAVE TO AMEND, DISMISSING ACTION AND DENYING APPLICATION FOR IN FORMA PAUPERIS STATUS AS MOOT** |

On October 7, 2005, plaintiff filed a complaint against Judge Steven A. Brick of the Superior Court of the County of Alameda. Plaintiff alleges that Judge Brick has ruled against her in a state court case for discriminatory reasons. Plaintiff seeks "a jury trial, a temporary injunction to prevent the defendant from presiding over any cases before the law and motion department," compensatory damages, and punitive damages. Plaintiff also seeks to have disciplinary proceedings instituted against Judge Brick, and to have him removed from the bench.

Plaintiff also filed an application to proceed *in forma pauperis*. The Court has reviewed the complaint and concludes that it should be dismissed pursuant to 28 U.S.C. § 1915(e)(2). Judge Brick enjoys absolute judicial immunity from plaintiff's suit for damages because plaintiff is challenging actions undertaken in connection with Judge Brick's judicial duties. *See Crooks v. Maynard*, 913 F.2d 699, 700 (9th Cir. 1990). With respect to injunctive relief, plaintiff's complaint is barred by the *Rooker-Feldman* doctrine, as plaintiff "asserts as a legal wrong an allegedly erroneous decision by a state court, and seeks relief from a state court judgment based on that decision . . . ." *Manufactured Home Communities, Inc. v. City of San Jose*, 420 F.3d 1022, 1029 (9th Cir. 2005).

1  Accordingly, the Court DISMISSES the complaint without leave to amend and denies the application
2  to proceed *in forma pauperis* as moot. *See Cato v. United States*, 70 F.3d 1103, 1106 (9th Cir. 1995) ("A
3  pro se litigant must be given leave to amend his or her complaint, and some notice of its deficiencies, unless it
4  is absolutely clear that the deficiencies of the complaint could not be cured by amendment."). The Court
5  DISMISSES the action and directs the clerk to close the file.

**IT IS SO ORDERED.**

Dated:   November 7, 2005

SUSAN ILLSTON
United States District Judge